# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**STEPHANIE MATTHEWS**                                                                    **PLAINTIFF**

v.                                   No. 3:23-cv-244-DPM

**NURTURESCHOOL, LLC, also known as
Sharp Childcare; JOSH WAYNE SHARP;
TIFFANY SHARP; SUN STAR
INSURANCE OF ARKANSAS; CHRIS
EVINS, as an Agent of Sun Star Insurance;
and JASON BARTH, as an Agent of Sun
Star Insurance**                                                                        **DEFENDANTS**

## ORDER

Motions to strike, *Doc. 21 & 22*, granted. Matthews filed her initial complaint in late November 2023. Separate defendant Sun Star Insurance of Arkansas timely answered on 22 December 2023. *Doc. 8*. On motion, the Court extended the remaining defendants' time to respond to 19 January 2024. NurtureSchool LLC, Josh Sharp, and Tiffany Sharp filed a Rule 12(b) motion to dismiss on that date. *Doc. 12*. Twenty-one days later, on 9 February 2024, Matthews filed an amended complaint without seeking the Court's permission or getting the defendants' consent. *Doc. 20*. But, because she filed it more than twenty-one days after Sun Star's answer—which was the earlier of the separate defendants' two responsive filings—Matthews was not entitled to amend her complaint as a matter of course. Fed. R. Civ. P.

15(a)(1)(B) & 2009 Addition to Advisory Committee Notes. The original complaint, *Doc. 1*, remains the operative complaint.

The Court directs the Clerk to remove Chris Evins and Jason Barth, whom Matthews added in her amendment, as named defendants. Matthews may amend now only with the defendants' written consent or with the Court's leave. Fed. R. Civ. P. 15(a)(2). Any motion to amend must follow the procedures outlined in LOCAL RULE 5.5(e) and the Court's Final Scheduling Order, *Doc. 26 at 2*. By 3 April 2024, Matthews must either file a consented-to amended complaint or move for permission to amend. If she does neither, then the Court will rule on the pending motion to dismiss in due course.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 March 2024