IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEPHANIE MATTHEWS**                                                                      **PLAINTIFF**

v.                              No. 3:23-cv-244-DPM

**NURTURESCHOOL, LLC, also known as
Sharp Childcare; JOSH WAYNE SHARP;
TIFFANY SHARP and SUN STAR
INSURANCE OF ARKANSAS**                                                           **DEFENDANTS**

## ORDER

1.  Matthews's motion for leave to amend her complaint, *Doc. 28*, is granted.  Fed. R. Civ. P. 15(a)(2).  The amended complaint drops existing claims and doesn't add new ones.  It also adds two new defendants, a few more factual allegations, and two exhibits.  Matthews hasn't acted in bad faith or for purposes of undue delay.  And the defendants haven't identified any unfair prejudice.  There's no good reason to deny Matthews leave to amend.  *Hillesheim v. Myron's Cards & Gifts, Inc.*, 897 F.3d 953, 955 (8th Cir. 2018).

2.  The defendants' point about the Arkansas Department of Workforce Services hearing transcript is noted.  But, based on the cases they cite and ARK. CODE ANN. § 11-10-314(a)'s text, the transcript presents admissibility questions for another day.  *See Doc. 52* in *Burdue v. International Paper Company*, Case No. 2:14-cv-2173-PKH (W.D. Ark. 22 February 2016) (motion in limine); *Doc. 38* in *Hess v.*

*Abels*, Case No. 5:11-cv-249-KBG (E.D. Ark. 6 September 2012) (summary judgment record). At this stage, the exhibits to Matthews's amended complaint are only treated as allegations. Fed. R. Civ. P. 10(c); *Meehan v. United Consumers Club Franchising Corp.*, 312 F.3d 909, 913 (8th Cir. 2002).

* * *

Matthews's motion to amend her complaint, *Doc. 28*, is granted. Please file the clean version by 3 May 2024. The Sharp defendants' motion to dismiss, *Doc. 12*, is denied without prejudice as mooted by the amended complaint. *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002). The defendants' amended answers or Rule 12(b) motions are due by 24 May 2024.

So Ordered.

*/s/* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

26 April 2024