IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEPHANIE MATTHEWS**                                                                 **PLAINTIFF**

v.                          No. 3:23-cv-244-DPM

**NURTURESCHOOL, LLC, a/k/a Sharp
Childcare; SUN STAR INSURANCE OF
ARKANSAS; CHRIS EVANS, as an Agent
of Sun Star Insurance; JASON BARTH, as
an Agent of Sun Star Insurance;
PHILADELPHIA CONSOLIDATED
HOLDING CORP, a/k/a Philadelphia
Insurance Companies, Inc.; and TOKIO
MARINE HOLDINGS, INC., a/k/a Tokio
Marine Group**                                                                          **DEFENDANTS**

### ORDER

Unopposed motion, *Doc. 59*, granted. Count III of Matthews's second amended complaint is dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 June 2025