## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STEPHANIE MATTHEWS                                                    PLAINTIFF

v.                                      No. 3:23-cv-244-DPM

NURTURESCHOOL, LLC, a/k/a Sharp
Childcare;  SUN STAR INSURANCE OF
ARKANSAS;  CHRIS EVANS, as an Agent
of Sun Star Insurance;  PHILADELPHIA
INDEMNITY INSURANCE COMPANY;
and TOKIO MARINE HOLDINGS, INC.,
a/k/a Tokio Marine Group                            DEFENDANTS

### ORDER

1.  Notice of dismissal, *Doc. 71*, noted.  Matthews's claims against Tokio Marine Holdings, Inc. are dismissed without prejudice;  and that company is dismissed as a defendant.  Fed. R. Civ. P. 41(a)(1)(A)(i). The Court already dropped Philadelphia Consolidated Holding Corp from the case.  *Doc. 69.*

2.  Unopposed motion, *Doc. 76*, granted.  Philadelphia Indemnity Insurance Company—the new defendant—must answer or otherwise respond by 22 August 2025.  Fed. R. Civ. P. 6(b).

So Ordered.

D.P. Marshall Jr.
United States District Judge

25 July 2025